**LYNCH CARPENTER, LLP**
Todd D. Carpenter (234464)
todd@lcllp.com
1350 Columbia Street, Suite 603
San Diego, CA 92101
Tel:   619-762-1910
Fax:   619-756-6991

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY SWIM CLUB, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Defendant. | Case No.: 2:21-cv-08240-AB-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

  **PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Academy Swim Club, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Dated: January 26, 2022                **LYNCH CARPENTER, LLP**

                        By:  */s/ Todd D. Carpenter*
                              Todd D. Carpenter (234464)
                              todd@lcllp.com
                              1350 Columbia St., Ste. 603
                              San Diego, CA 92101
                              Tel.:  619-762-1900
                              Fax:  619-756-6991

                              *Attorneys for Plaintiff*